### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NORTH CAROLINA
### MONTHLY STATUS REPORT

IN RE**:**          **HENRY WILLIAMS, JR.** _____

Case No.:          **08-31737** _____

Reporting Period: _____

    FROM: _____

    TO: _____

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

    Dated: _____    _____
                                Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of _____ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware.  I further certify that this report has been served on all parties as required by law of court order.

    Dated: _____    _____
                                David R. Badger

NARRATIVE ON PROGRESS OF CASE:

_____
_____
_____
_____
_____
_____
_____
_____

## CASH RECEIPTS AND DISBURSEMENTS

BEGINNING CASH POSITION is the same figure as the ENDING CASH POSITION of prior month.

BEGINNING CASH POSITION

DATE: _____        AMOUNT: $_____

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description: | | Description: | |
| | | Inventory Purchased | |
| | | Salaries/Wages | |
| | | Taxes (Total) | |
| | | Insurance (Total) | |
| | | Unsecured Loan Payments | |
| | | Utilities (Total) | |
| | | Rent | |
| | | Professional Fees | |
| | | Maintenance/Repair | |
| | | Maintenance/Repair | |
| | | OTHER DISBURSEMENTS (List): | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CASH RECEIPTS | $ | TOTAL DISBURSEMENTS | $ |
| | | | |

ENDING CASH POSITION

DATE: _____        AMOUNT: $_____

## PAYMENTS TO SECURED CREDITORS

_____   No Secured Debt.

_____   No Secured Debt Payments Made During Reporting Period.

_____   All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

## PAYMENTS ON PRE-PETITION DEBT

_____   No payments have been made on pre-petition unsecured debt during the reporting period.

_____   All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

## BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BEE ATTACHED FOR EACH
> ACCOUNT.  PLEASE REPRODUCE THIS PAGE AND COMPLETE A
> SEPARATE PAGE FOR EACH ACCOUNT.  ATTACH BANK
> STATEMENT TO CORRESPONDING PAGE.

Name of Bank:                  Regions Bank

Address of Bank:               19430 West Catawba Avenue
                                   Street and/or P.O. Box Number

                               Cornelius, North Carolina 28031
                          City                    State        Zip Code

Type of Account:
     (i.e., Payroll, Tax, Operating):       Checking

Account Number:        xxxxxx3792


DATE PERIOD BEGINS:


| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $ |
| Outstanding Deposits and Other Credits Not on Statement | $ |
| Outstanding Checks and Other Debits Not on Statement | $ |
| Ending Reconciled Balance* | $ |


DATE PERIOD ENDS:

Highest Daily Balance During Above Period: $

* The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts
and Disbursements Page.

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BEE ATTACHED FOR EACH
> ACCOUNT.  PLEASE REPRODUCE THIS PAGE AND COMPLETE A
> SEPARATE PAGE FOR EACH ACCOUNT.  ATTACH BANK
> STATEMENT TO CORRESPONDING PAGE.

Name of Bank:          Regions Bank

Address of Bank:          19430 West Catawba Avenue
                          Street and/or P.O. Box Number

                          Cornelius, North Carolina 28031
                          City                State        Zip Code

Type of Account:
    (i.e., Payroll, Tax, Operating):          Checking

Account Number:          xxxxxx7373


DATE PERIOD BEGINS:


| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $ |
| Outstanding Deposits and Other Credits Not on Statement | $ |
| Outstanding Checks and Other Debits Not on Statement | $ |
| Ending Reconciled Balance* | $ |


DATE PERIOD ENDS:

Highest Daily Balance During Above Period: $

* The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts
and Disbursements Page.

## SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As Of:          $

(Date of Reporting Period)

II.   Sales (gross) During Reporting Period:          $

III.   Collections of Accounts Receivable During          $
Reporting Period:

IV.   New Accounts Receivables Generated During          $
Reporting Period:

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ | $ | $ |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $ | $ | $ |
| TOTAL | $ | $ | $ |

## INVENTORY (Cost Basis)

Beginning Date: _____          Ending Date: _____

LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:

| CATEGORY | BEGINNING | USED ADDED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

* Exclude capital items such as machinery and equipment and consumable items such as fuel and general supplies.

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

Insiders" (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
|      |      | $           |
|      |      | $           |
|      |      | $           |
|      |      | $           |
|      |      | $           |

**Non-Insider Empoyees:**
**Type (i.e., Salaried Wage)**

| NAME | AMOUNT PAID |
|------|-------------|
|      | $           |
|      | $           |
|      | $           |
|      | $           |
|      | $           |

**Commission/Bonus Payments:**

| NAME | AMOUNT PAID |
|------|-------------|
|      | $           |
|      | $           |
|      | $           |
|      | $           |
|      | $           |

**Independent Contractors:**

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
|      |      | $           |
|      |      | $           |
|      |      | $           |
|      |      | $           |
|      |      | $           |

**Total Salary/Wage/Commission Payments:**          $_____

* "Insider" is defined in 11U.S.C. Section 101(31)

## ACCRUED POST-PETITION LIABILITIES

_____    No accrued liabilities existed at the end of this reporting period.

_____    All accrued liabilities existing at the end of this reporting period are listed below or on the sheet (s) attached.  Exclude current liabilities which are NOT past due.

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| Total Accrued Liabilities: | | $ |

## AFFIRMATIONS

1. Yes _____     No _____     All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force/

2. Yes _____     No _____     All insurance policies and renewals, if applicable, have been submitted to the Bankruptcy Administrator.

3. Yes _____     No _____     All tax returns have been filed timely and payments made.  Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4. Yes _____     No _____     All post-petition taxes have been paid or deposited into a designated tax account.

5. Yes _____     No _____     New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6. Yes _____     No _____     New DIP financial books and records have been opened and are being maintained monthly and are current.

If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet.  The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.